UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DAVID MANTEY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　No.: 3:13-cv-41
　　　　　　　　　　　　　　　　　　(VARLAN/GUYTON)

GARY HAMBY, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the court. The Court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ *Debra C. Poplin*
    CLERK OF COURT